## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

RICHELLE PATTERSON                                                                                   PLAINTIFF

v.                                             No. 4:11CV00126 JLH

DF GROUP                                                                                              DEFENDANT

### ORDER

Pursuant to the notice of voluntary dismissal by the plaintiff, this action is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of June, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE